# UNITED STATES DISTRICT COURT
# DISTRICT OF MASSACHUSETTS

GARRICK CALANDRO, AS
ADMINISTRATOR OF THE ESTATE OF
GENEVIEVE CALANDRO,

    Plaintiff

v.

SEDGWICK CLAIMS MANAGEMENT
SERVICES, INC.,

    Defendant

NO. 1:15-cv-10533-PBS

## SECOND AMENDED TRIAL EXHIBIT LIST

| Exhibit | Description | Date Admitted |
|---|---|---|
| 1. | Mary Blair Handwritten Notes (SED00441) | 10/30/2017 |
| 2. | Letter from Lawrence Kenney to David Hoey dated August 21, 2013 (SED00444 – SED00445) | 10/30/2017 |
| 3. | Mary Blair Handwritten Notes (SED00446) | 10/30/2017 |
| 4. | 90-Day Status Report dated August 16, 2013 (SED00462 – SED00464) | 10/30/2017 |
| 5. | Email from Mary Blair to Lawrence Kenney dated August 16, 2013 (SED00465) | 10/30/2017 |
| 6. | Mary Blair Handwritten Notes (SED00466) | 10/30/2017 |
| 7. | Mary Blair Handwritten Notes (SED00468) | 10/30/2017 |
| 8. | Mary Blair Handwritten Notes (SED00473) | 10/30/2017 |
| 9. | Mary Blair Handwritten Notes (SED00581 – SED00582) | 10/30/2017 |
| 10. | Mary Blair Handwritten Notes (SED00618) | 10/30/2017 |

| 11. | Report from Mary Blair to Brian Karpe dated October 14, 2011 (SED00674 – SED00675) | 10/30/2017 |
|---|---|---|
| 12. | Email from Lawrence Kenney to Phil Bistany dated October 12, 2011 (SED00678) | 10/30/2017 |
| 13. | Letter from Lawrence Kenney to Mary Blair dated June 30, 2014 (SED0074 – SED00745) | 10/30/2017 |
| 14. | Stipulation (SED00777) | 10/30/2017 |
| 15. | Email from Lawrence Kenney to Robert Bouley dated June 18, 2014 (SED00778) | 10/30/2017 |
| 16. | Email from Lawrence Kenney to Mary Blair dated June 18, 2014 (SED00779 – SED00780) | 10/30/2017 |
| 17. | Email from Lawrence Kenney to Mary Blair dated June 17, 2014 (SED00781) | 10/30/2017 |
| 18. | Email from Lawrence Kenney to Robert Bouley dated June 11, 2014 (SED00782) | 10/30/2017 |
| 19. | Email from Joseph Pacheco to Mary Blair dated June 8, 2014 (SED00848) | 10/30/2017 |
| 20. | Letter from David Hoey to Joseph Pacheco dated June 4, 2014 (SED00849 – SED00850) | 10/30/2017 |
| 21. | Email from Joseph Pacheco to Mary Blair dated February 18, 2014 (SED00851 – SED00853) | 10/30/2017 |
| 22. | Email from Joseph Pacheco to Mary Blair dated February 13, 2014 (SED00854 – SED00856) | 10/30/2017 |
| 23. | Email from Joseph Pacheco to Lawrence Kenney dated January 30, 2014 (SED00857 – SED00858) | 10/30/2017 |
| 24. | Email from Lawrence Kenney to David Hoey dated April 26, 2014 (SED00916 – SED00917) | 10/30/2017 |
| 25. | Letter from David Hoey to Lawrence Kenney dated April 8, 2014 (SED00922 – SED00923) | 10/30/2017 |
| 26. | Mary Blair Handwritten Notes (SED00968) | 10/30/2017 |
| 27. | Letter from Lawrence Kenney to Mary Blair dated | 10/30/2017 |

|  |  |  |
|---|---|---|
|  | February 14, 2014 (SED00980 – SED00985) |  |
| 28. | Mary Blair Handwritten Notes (SED01010) | 10/30/2017 |
| 29. | Email from Mary Blair to Lawrence Kenney dated February 13, 2014 (SED01011 – SED01013) | 10/30/2017 |
| 30. | Mary Blair Handwritten Notes (SED01014) | 10/30/2017 |
| 31. | Email from Becky Shingleton to Mary Blair dated July 10, 2014 (SED01133 – SED01138) | 10/30/2017 |
| 32. | Email from Becky Shingleton to Mary Blair dated July 8, 2014 (SED01162 – SED01164) | 10/30/2017 |
| 33. | Letter from Lawrence Kenney to David Hoey dated July 31, 2014 (SED01247) | 10/30/2017 |
| 34. | Email from Becky Shingleton to Mary Blair dated July 24, 2014 (SED01348 – SED01350) | 10/30/2017 |
| 35. | Mary Blair Handwritten Notes (SED01406) | 10/30/2017 |
| 36. | Email from Becky Shingleton to Mary Blair dated July 16, 2014 (SED01438 – SED01439) | 10/30/2017 |
| 37. | Email from Lawrence Kenney to Mary Blair dated July 15, 2014 (SED01501) | 10/30/2017 |
| 38. | Letter from Allen David to David Hoey dated October 30, 2014 (SED02449 – SED02451) | 10/30/2017 |
| 39. | Third Party Administrator Agreement between Hartford Fire Insurance Company and Sedgwick Claims Management Services, Inc. (SED02527 – SED02635) | 10/30/2017 |
| 40. | Email from Dale Andrews to Lawrence Kenney dated October 18, 2013 (SED00229) | 10/30/2017 |
| 41. | Hartford/Pacific policy and declaration pages (SED00005 – SED00115) | 10/30/2017 |
| 42. | 90 day status report (SED00462 – SED00463) | 10/30/2017 |
| 43. | Email Lawrence Kenney to David Hoey, cc Mary Blair with Mary Blair handwritten notes (SED00672) | 10/30/2017 |

| 44. | Letter David Hoey to Lawrence Kenney (SED00683 – SED00684) | 10/30/2017 |
|---|---|---|
| 45. | Email Mary Blair to Lawrence Kenney (SED00728 – SED00730) | 10/30/2017 |
| 46. | Email Cassie Bagent to Mary Blair with attachments (SED00731 – SED00739) | 10/30/2017 |
| 47. | Email Lawrence Kenney to Terrance O'Malley (SED00877) | 10/30/2017 |
| 48. | Email Lawrence Kenney to Mary Blair (SED00918 – SED00919) | 10/30/2017 |
| 49. | Letter Lawrence Kenney to Krzysztof Sobczak (SED00943 – SED00945) | 10/30/2017 |
| 50. | Letter David Hoey to Lawrence Kenney (SED00951 – 00952) | 10/30/2017 |
| 51. | Letter Lawrence Kenney to Mary Blair (SED00998 – SED01003) | 10/30/2017 |
| 52. | Email Mary Blair to Lawrence Kenney (SED01015 – SED01016) | 10/30/2017 |
| 53. | Email Mary Blair to Becky Shingleton (SED01103 – SED01108) | 10/30/2017 |
| 54. | Email Cassie Bagent to Mary Blair (SED01243) | 10/30/2017 |
| 55. | Letter Lawrence Kenney to David Hoey (SED01245 – SED01246) | 10/30/2017 |
| 56. | Email Mary Blair to Becky Shingleton (SED01332) | 10/30/2017 |
| 57. | Email thread between Mary Blair and Becky Shingleton (SED01360 – SED01368) | 10/30/2017 |
| 58. | Third Party Administrator Agreement between Hartford Fire Insurance Company and Sedgwick Claims Management Services, Inc. (SED02668 – SED02695) | 10/30/2017 |
| 59. | Letter from Lawrence Kenney to Mary Blair dated December 5, 2011 (SED04555 – SED04558) | 10/30/2017 |

| | | |
|---|---|---|
| 60. | Email from Lawrence Kenney to Robert Bouley dated June 13, 2014 | 10/30/2017 |
| 61. | Email from David Hoey to Lawrence Kenney dated June 17, 2014 | 10/30/2017 |
| 62. | Email from Mary Blair to Lawrence Kenney dated June 18, 2014 | 10/30/2017 |
| 63. | Email from Lawrence Kenney to Robert Bouley dated June 18, 2014 | 10/30/2017 |
| 64. | Docket Sheet in Calandro v. Radius, 1181-CV-02874 | 10/30/2017 |
| 65. | Email from Krzysztof Sobczak to Lawrence Kenney dated July 3, 2014 | 10/30/2017 |
| 66. | Settlement Agreement dated December 5, 2014 | 10/30/2017 |
| 67. | Deposition Transcript of Becky Shingleton | 10/30/2017 |
| 68. | Sedgwick MA 93A and Sec. 176D Training for Casualty Operations (SED02636 – SED02667) | 10/30/2017 |
| 69. | Email of July 24, 2014 between Jane Hanna and Becky Shingleton (SED02796 – SED02797) | 10/30/2017 |
| 70. | Email of September 8, 2014 between Jane Hanna and Becky Shingleton (SED02873 – SED02874) | 10/30/2017 |
| 71. | Email from Mary Blair to Paul Kemp dated December 20, 2013 (SED05547 and SED05567) | 10/30/2017 |
| 72. | Email of July 15, 2014 between Mary Blair and Becky Shingleton with Stipulation attached. | 10/31/2017 |
| 73. | Letter from Bistany Adjustment Service to Lawrence Kenney dated January 13, 2012 (SED00583 – SED00592) | 10/31/2017 |
| 74. | Letter from Bistany Adjustment Service to Lawrence Kenney dated October 24, 2011 (SED00604 – SED00610) | 10/31/2017 |
| 75. | Defendant's Expert Disclosure in Calandro v. Radius matter | 10/31/2017 |

| 76. | Clerk Note of February 14, 2014 regarding motion to extend discovery. | 11/1/2017 |
| --- | --- | --- |
| 77. | Email from Lawrence Kenney dated July 10, 2014 | 11/1/2017 |
| 78. | Email from Jane Hanna to Mary Blair dated October 1, 2014 | 11/1/2017 |
| 79. | Plaintiff's Expert Disclosure in <u>Calandro v. Radius</u> matter | 11/3/2017 |
| 80. | Updated Curriculum Vitae of Arthur A. Kiriakos | 11/3/2017 |
| 81. | Transcript of trial in <u>Calandro v. Radius</u> matter. | 11/3/2017 |
| 82. | Original Curriculum Vitae of Arthur A. Kiriakos | 11/3/2017 |

## DOCUMENTS MARKED FOR IDENTIFICATION

| A. | Letter from Lawrence Kenney to David Hoey dated April 4, 2014 | 10/31/2017 |
| --- | --- | --- |
| B. | Summons and Complaint in <u>Hartford v. Sedgwick</u> matter | 10/31/2017 |
| C. | Civil Action Cover Sheet and Complaint in <u>Calandro v. Radius</u> matter | 10/31/2017 |
| D. | Transcript of trial in <u>Calandro v. Radius</u> matter | 10/31/2017 |
| E. | Plaintiff's Timeline | 11/3/2017 |
| F. | Defendant's Timeline | 11/3/2017 |
| G. | Motion to Compel documents in <u>Calandro v. Radius</u> matter | 11/3/2017 |