# United States Court of Appeals
## For the First Circuit

No. 18-1637

GARRICK CALANDRO, as Administrator of the Estate of Genevieve Calandro,

Plaintiff - Appellant,

v.

SEDGWICK CLAIMS MANAGEMENT SERVICES, INC.,

Defendant - Appellee.

**MANDATE**

Entered: April 8, 2019

In accordance with the judgment of March 18, 2019, and pursuant to Federal Rule of Appellate Procedure 41(a), this constitutes the formal mandate of this Court.

By the Court:

Maria R. Hamilton, Clerk

cc:
Michael F. Aylward
Robert Ambrose Curley Jr.
Robert E. Curtis Jr.
Allen N. David
David John Hoey
Jane Audrey Horne
Daniel Thomas Landry
Catherine Marie Scott